# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1462
LT Case No. 2018-CF-001056

_____

STANLEY L. HUNTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


3.850 Appeal from the Circuit Court for Putnam County.
James R. Clayton, Judge.

Stanley L. Hunter, Daytona Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, and Alyssa M.
Williams, Assistant Attorney General, Daytona Beach, for
Appellee.

May 7, 2024


PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and HARRIS and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____